UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONATO ROSALES MEDINA,
*individually and on behalf of others similarly situated,*    Civil Action No. **24-cv-05205-ER**

                          *Plaintiffs*,    **[Proposed Form Of]**
                                                                **JUDGMENT**

      -against-

LUNELLA RISTORANTE, INC. (D/B/A LUNELLA)
and ROSSANA RUSSO,

                          *Defendants*,
-----------------------------------------------------------------X

## JUDGMENT

On October 3, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, DONATO ROSALES MEDINA, have judgment against LUNELLA RISTORANTE, INC. (D/B/A LUNELLA) and ROSSANA RUSSO, jointly and severally, in the amount of Twenty-One Thousand Dollars and No Cents ($21,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____October 4_____, 2024
       New York, New York

                                                               _____
                                                                HON. EDGARDO RAMOS
                                                               UNITED STATES DISTRICT JUDGE